

**Entered on Docket
June 07, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

1
2
3
4
5
6
7
8

9  Kristin A. Schuler-Hintz, Esq., SBN 7171
10 Seth J. Adams, Esq., SBN 11034
   Christopher K. Lezak, Esq., SBN 11185
11 Sherry A. Moore, Esq., SBN 11215
   McCarthy & Holthus, LLP
12 9510 West Sahara Avenue, Suite 110
   Las Vegas, NV 89117
13 Phone (702) 685-0329
   Fax (866) 339-5691
14 NVBK@McCarthyHolthus.com
15
16 Attorney for: Secured Creditor, HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates Series 2006-AR4, its assignees and/or successors and the servicing agent Americas Servicing Company
17

18              UNITED STATES BANKRUPTCY COURT
19                     DISTRICT OF NEVADA
20

21 | In re:                          | ) Case No.: 10-13087-mkn
                                     | )
22 | Ricardo Sarmiento,              | ) Chapter 13
                                     | )
23 |       Debtor.                   | ) DATE:  05/26/10
                                     | ) TIME:  01:30 pm
24                                   | )
25                                   | ) **ORDER TERMINATING**
                                     | ) **AUTOMATIC STAY**
26                                   | )
27
28
29

*Rev. 12.09*                              M&H File No. NV-10-23794
                                                    10-13087-mkn

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 7229 Chic Avenue, Las Vegas, NV 89129.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 04/20/10-no response received*
Narrah F Newark, Esq.
Las Vegas Boulevard, Suite #315
Las Vegas, NV 89101
(702) 888-2525

Approved/Disapproved

*Order Filed 04/20/10-no response received*
Rick A. Yarnall
701 Bridger Avenue, Suite 820
Las Vegas, NV 89101

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Narrah F Newark- Order Filed 04/20/10-no response received

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall- Order Filed 04/20/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

### 

*Rev. 12.09*                                                                                              M&H File No. NV-10-23794
                                                                                                                       10-13087-mkn